```
            IN THE UNITED STATES DISTRICT COURT FOR
           THE DISTRICT OF MARYLAND, NORTHERN DIVISION
```

|  |  |
|---|---|
| MARK KOEHLER, *et al.*, | * |
| Plaintiffs, | * |
|  | * |
| v. | *   CIVIL NO.: WDQ-10-1903 |
|  | * |
| WELLS FARGO BANK, *et al.*, | * |
| Defendants. | * |
|  | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 17th day of February, 2011, ORDERED that:

1. The Defendants' motions to dismiss (ECF Nos. 9 & 20), BE, and HEREBY ARE, GRANTED;

2. Judgment be entered for the Defendants;

3. The Clerk of the Court shall close this case; and

4. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge
```